IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EARL SPENCE,

     Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2761

Opinion filed July 31, 2014.

An appeal from an order of the State of Florida Department of Children and Families.
Mike Carroll, Interim Secretary.

Earl Spence, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.  See Fla. R. Jud. Admin. 2.514(a); Raysor v. Raysor, 706 So. 2d 400, 401 (Fla. 1st DCA 1998).

LEWIS, C. J., BENTON and MARSTILLER, JJ., CONCUR.